UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK W. RATHBUN, | ) | CASE NO. CV 08-3339-AG (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| L.E. SCRIBNER, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  March 30, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Rathbun - Judgment.wpd